UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA



## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor: BOHN, Paula Kay

Chapter 7 Case No. 09-47816

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| AMERICAN INFOSOURCE LP AS AGENT FOR<br>World Financial Network National Bank<br>PO Box 248872<br>Oklahoma, OK 73124-8872 | 4 | $ 510.49 | $ 2.39 |
| CHASE BANK USA NA<br>C/O Creditors Bankruptcy SVC<br>PO Box 740933<br>Dallas, TX 75374 | 7 | $ 347.34 | $1.63 |
| DBT ASSOCIATES<br>7362 University Ave NE #101<br>Fridley, MN 55432 | 8 | $ 775.00 | $ 3.63 |
|  |  |  | $ 7.65 |

Date: 9/15/2010

J. Richard Stermer, Trustee

RECEIVED 10 SEP 17 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

RECEIVED 10 SEP 30 AM 9:30 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

Jackie,　*Voided — reissued*

Here is the [check]. Please issue a new one and send it with the attached submission form.

Thank you.

Jackie
9/17/10